**IT IS ORDERED as set forth below:**

Date: March 22, 2010

_____
Robert E. Brizendine
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: { | CHAPTER 13 |
| CHRISTOPHER CHARLES PACE { | |
| SANDRA LYNN PACE { | CASE NO. G10-20353-REB |
| DEBTORS { | |
| { | JUDGE BRIZENDINE |

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY
WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)**

This matter came before the Court at a regularly scheduled hearing on March 17, 2010 at 11:00 a.m. on the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b).  It appears that Debtors are ineligible to be in Chapter 13 based on the fact that Debtors have failed to certify attendance at credit counseling from an approved agency within 180 days prior to filing required under 11 U.S.C. §109(h) and 11 U.S.C.

§ 521(b). Therefore, it is hereby **ORDERED**, that the Trustee's Motion is **GRANTED** and this case is **DISMISSED**. The clerk is directed to serve this order on all parties in the case.

**END OF DOCUMENT**

Presented by:

/s/_____
Bobana Breen
Chapter 13 Trustee
GA Bar No.: 141346
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## DISTIBUTION LIST

**CASE NO. G10-20353-REB**

Debtors:
Christopher Charles Pace
Sandra Lynn Pace
51 Belmont Street
Jefferson, GA 30549

Attorney for Debtors:
Pro Se

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

*(ALL CREDITORS LISTED ON MAILING MATRIX)*

```
Label Matrix for local noticing      Gainesville Division              US Bank Home Mortgage
113E-2                               Room 120 Federal Building         4801 Frederica Street
Case 10-20353-reb                    121 Spring Street, SE             PO Box 20005
Northern District of Georgia         Gainesville, GA 30501-3749        Owensboro KY  42304-0005
Gainesville
Fri Mar 19 15:33:06 EDT 2010

Christopher Charles Pace             Nancy J. Whaley                   Sandra Lynn Pace
51 Belmont Street                    Nancy J. Whaley, 13 Trustee       51 Belmont Street
Jefferson, GA 30549-1203             Suite 120                         Jefferson, GA 30549-1203
                                     303 Peachtree Center Avenue
                                     Atlanta, GA 30303-1286


End of Label Matrix
Mailable recipients     5
Bypassed recipients     0
Total                   5
```